No. 88–498.   SCARFO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 88–501.   LEIGH *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–509.   GIACALONE ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 88–5004.   HILL *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 88–5104.   HARDEN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–5160.   SITTING HOLY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–5222.   GACHO *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 88–5266.   LEWIS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 88–5344.   BOBO *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 88–5352.   BOWENS *v.* SNOW, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–5364.   SULLIVAN ET UX. *v.* CRAWFORD ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 88–5365.   SZEMBORSKI *v.* BONANZA INVESTMENT CO.   Ct. App. Wis.   Certiorari denied.

No. 88–5366.   TAYLOR *v.* BUNGE CORP.   C. A. 5th Cir.   Certiorari denied.

No. 88–5367.   ROSS *v.* TEXAS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–5369.   THOMAS *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.